772 So.2d 122 (2000)
Cheryl Ann Brown SOMMER
v.
STATE of Louisiana, DEPARTMENT OF TRANSPORTATION and DEVELOPMENT, Mississippi River Bridge Authority, Randall Paisant, Thomas E. Short, Neil Wagoner, J.L. Wax, Webb Taylor, Alan Lavasseur, Avant & Falcon, A Law Corporation, Mark E. Falcon, A.B. Insurance.
No. 2000-C-1759.
Supreme Court of Louisiana.
October 27, 2000.
*123 Denied.
LEMMON, VICTORY, and TRAYLOR, JJ., would grant the writ.